DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH N. WOLINER** and **HOLISTIC FAMILY MEDICINE LLC,**
Appellants,

v.

**DAVID S. FURSTELLER, P.A.; WARREN R. TRAZENFELD, P.A.;** and
**CURTIS CARLSON & ASSOCIATES, P.A.,**
Appellees.

No. 4D2022-3360

[June 13, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2019-CA-005331-XXXX-MB.

Kenneth N. Woliner, Boca Raton, pro se.

Jonathan R. O'Boyle of The O'Boyle Law Firm, P.C., Deerfield Beach, for appellant Holistic Family Medicine, LLC.

Curtis Carlson of Curtis Carlson & Associates, P.A., Miami, for appellee Curtis Carlson & Associates, P.A.

Warren R. Trazenfeld of Warren R. Trazenfeld, P.A., Miami, for appellee Warren R. Trazenfeld, P.A.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***